# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

    GILBERT LOISEAU : NO. 23-12047
    KRISTINE LOISEAU
        Debtors

## DEBTORS' OBJECTION TO NOTICE OF INELIGIBILITY FOR DISCHARGE

AND NOW, this 9th day of August 2023, Debtor(s) hereby object(s) to the Notice of Ineligibility for Discharge, as follows:

1. Debtors have filed three previous Bankruptcies in the last eight years.
2. The first Bankruptcy was a Chapter 7 which was filed on March 24, 2020 and was discharged on July 10, 2020.
3. The second Bankruptcy was a Chapter 13, filed on August 24, 2021 and dismissed on June 1, 2022.
4. The third prior Bankruptcy filed was a Chapter 13 Bankruptcy which was filed on march 27, 2023 and dismissed on June 11, 2023.
5. Debtor filed the instant Chapter 13 Bankruptcy – with a five year plan on July 12, 2023.
6. Therefore, if successful, the instant Bankruptcy will not be discharged less than eight years from the prior discharge.
7. Debtors are eligible for a discharge in this Chapter 13.

**WHEREFORE**, Debtor(s) ask(s) this Honorable Court to deny the Notice of Ineligibility for Discharge.

Respectfully submitted:

_____

**Carol B. McCullough**
**Attorney I.D. 56424**
**Young, Marr & Associates**
**3554 Hulmeville Road, #102**
**Bensalem, PA 19020**
**215-639-5297**
**support@ymalaw.com**
**cmccullough@ymalaw.com**